# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

YELL COUNTY BOARD OF GOVERNORS
OF DARDANELLE HOSPITAL OF YELL
COUNTY                                                                      PLAINTIFF

v.                       No. 4:18-cv-906-DPM

ALLEGIANCE HEALTH MANAGEMENT,
INC; and DARDANELLE COMMUNITY
HOSPITAL, LLC, d/b/a River Valley Medical
Center                                                                      DEFENDANTS

## ORDER

Motion for receiver, № 18, noted. Motion to expedite, № 20, partly granted and partly denied. The Court declines to shorten the response time, but sets a hearing for 9:00 a.m. on 21 March 2019 to consider the receivership. The Board will have two hours to make its case. We'll break for lunch around 11:30 a.m. We'll resume at 12:30 p.m., and Allegiance will have two hours to respond. The parties must exchange witness and exhibit lists, on the Court's forms and with copies to chambers, by noon on 19 March 2019. The Court also gives notice that, if it turns out to be undisputed that the Board gave timely notice of default, the Court may rule on the merits. FED. R. CIV. P. 56(f)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2019