IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YELL COUNTY BOARD OF GOVERNORS
OF DARDANELLE HOSPITAL OF YELL
COUNTY                                                                                      PLAINTIFF

v.                                  No. 4:18-cv-906-DPM

ALLEGIANCE HEALTH MANAGEMENT,
INC; and DARDANELLE COMMUNITY
HOSPITAL, LLC, d/b/a River Valley Medical
Center                                                                                    DEFENDANTS

## ORDER

In its Order yesterday, № 22, the Court misstated the merits issue: if the hearing reveals that no genuine issues of material fact exist about rent payments, notice of default, or cure, then the Court may declare as a matter of law whether the lease was terminated. FED. R. CIV. P. 56(f)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019