IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YELL COUNTY BOARD OF GOVERNORS
OF DARDANELLE HOSPITAL OF YELL
COUNTY                                                                PLAINTIFF

v.                      No. 4:18-cv-906-DPM

ALLEGIANCE HEALTH MANAGEMENT,
INC; and DARDANELLE COMMUNITY
HOSPITAL, LLC, d/b/a River Valley Medical
Center                                                                DEFENDANTS

## ORDER

The Board's motion to clarify, № 25, is granted. Absent agreement of the parties about testimony by affidavit, which appears to be lacking at present, each side should present its position on the motion through live testimony. The Court encourages the parties to agree on exhibits. Whether the circumstances are as dire as argued, or not, can be made clear in four hours. On all the default-related issues: don't spend your time on them unless discovery has revealed that all the material facts about rent, notice, and cure are undisputed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 March 2019