IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YELL COUNTY BOARD OF GOVERNORS
OF DARDANELLE HOSPITAL OF YELL
COUNTY                                                                                   PLAINTIFF

v.                    No. 4:18-cv-906-DPM

ALLEGIANCE HEALTH MANAGEMENT,
INC; and DARDANELLE COMMUNITY
HOSPITAL, LLC, d/b/a River Valley Medical
Center                                                                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2019